UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20153-CIV-ALTONAGA/Simonton

**TROPIC OIL CO.**,

    Plaintiff,

vs.

**MATT EUGENE RUCK**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court at a hearing [ECF No. 17], held on January 31, 2013, regarding Defendants' Amended Motion to Strike Impertinent, Immaterial, and Irrelevant Matter from Plaintiff's Complaint . . . ("Motion") [ECF No. 11].  For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 11]** is **DENIED**.

**DONE AND ORDERED** at Miami, Florida, this 31st day of January, 2013.

                                                    */s/ Cecilia M. Altonaga*
                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc: counsel of record