UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:13-20153-CIV-ALTONAGA/SIMONTON

TROPIC OIL CO.,

    Plaintiff,

vs.

MATT EUGENE RUCK, RILEY FITT-CHAPPEL and GOVERNMENT SERVICES CORP f/k/a MLDC GOVERNMENT SERVICES, CORP.,

    Defendants.
_____/

## PARTIES' JOINT MOTION FOR STAY OF ACTION PENDING SETTLEMENT

Come now, the Parties to this action, and jointly request that This Court enter an order staying this action, pending the completion of a settlement agreement between the parties, and in support of states:

1. The parties have entered a settlement agreement, but are still resolving collateral issues regarding certain terms of that settlement.

2. *Inter alia*, the parties jointly wish the court to retain jurisdiction to enforce the confidential settlement, without publicly disclosing its terms. The parties are in the final stages of weighing their options to accomplish this goal, in accordance with The Eleventh Circuit's recent decision in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), and expect to file follow-up documents shortly with This Court.

3. In the interim, various deadlines approach, specifically the mediation, scheduled by court order for May 8, 2013.

4. As the mediation, and all other deadlines are moot in light of the parties' provisional resolution of their litigation, they jointly request a one week stay, until the proper stipulation and/or proposed order can be finalized and filed with the court.

**WHEREFORE** the parties jointly request a stay of the action, including all deadlines, for one week, pending the submission of final settlement documents to The Court.

> KLEIN GLASSER PARK LOWE & PELSTRING, P.L.
> Attorney for Plaintiff
> 9130 S. Dadeland Blvd., #1225
> Miami, FL  33156
> 305.670.3700
> kleinr@kgplp.com
> sullivanm@kgplp.com
>
>
> By: /s/ Robert M. Klein
>     ROBERT M. KLEIN
>     Fla. Bar No:  230022
>     MARK J. SULLIVAN
>     Fla. Bar No:  49044
>
>         AND
>
> (**ANDERSON LAW GROUP**
> */s/ Daniel W. Anderson, Esq.*
> Daniel W. Anderson
> Florida Bar No.: 490873
> 13577 Feather Sound Dr., Suite 670
> Clearwater, FL 33762
> Telephone: (727) 329-1999
> Facsimile: (727) 329-1499
> Email: danderson@floridalawpartners.com
> Attorneys for Defendants

