UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20153-CIV-ALTONAGA/Simonton

**TROPIC OIL CO.**,

    Plaintiff,
vs.

**MATT EUGENE RUCK**, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court upon its Order dated September 5, 2013 [ECF No. 59] granting Plaintiff's Motion for Entry of Final Judgment ("Motion") [ECF No. 56]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Tropic Oil Co., and against Defendants, Matt Eugene Ruck, Riley Fitt-Chappell, and Government Services Corp.

2. Plaintiff, Tropic Oil Co., shall recover from Defendants, Matt Eugene Ruck, Riley Fitt-Chappell, and Government Services Corp., the amount of $167,550.00, jointly and severally, for which sum let execution issue.

3. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq.*, 28 U.S.C. §§ 3001–3307, and Federal Rule of Civil Procedure 69(a).

4. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper.

Case No. 13-20153-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of September, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record